Reginald FULLARD, Petitioner–
Appellant,

v.

Frank PERRY, Respondent–Appellee.

No. 15–6891.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 20, 2015.

Reginald Fullard, Appellant Pro Se.

Before WILKINSON, AGEE, and
HARRIS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Reginald Fullard seeks to appeal the
district court's order accepting the recommendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2254
(2012) petition. The order is not appealable unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel*, 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell*, 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional
right. *Slack*, 529 U.S. at 484–85, 120 S.Ct.
1595.

We have independently reviewed the
record and conclude that Fullard has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*